UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

Gary Lefkowitz,

Petitioner,

Civil No. 00-1940 (RHK/JMM)

vs.

**ORDER**

Rob Mundt, Warden, FCI Waseca
and Bureau of Prisons,

Respondents.

---

Before the Court are Petitioner's Objections to the September 5, 2000 Report and Recommendation of Magistrate Judge John M. Mason. Judge Mason recommends the denial of the application for habeas corpus relief. That recommendation is clearly correct and will be adopted. Anticipating that disposition, Petitioner, in his Objections, seeks to have the present Petition continue as a Section 1983 claim or that he be allowed to amend the Petition to assert a Section 1983 claim. In the Court's view, the present Petition does not state a claim for relief under Section 1983. The better procedure is to dismiss the Petition and, if Petitioner wishes to present a Section 1983 claim, he can do so in the form of a new complaint.

Upon all the files, records and proceedings herein, **IT IS ORDERED**:

FILED OCT 10 2000
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD OCT 10 2000
DEPUTY CLERK

1. The Objections (Doc. No. 10) to the Report and Recommendation are **OVERRULED**.

2. The Report and Recommendation (Doc. No. 6) is **ADOPTED**.

Dated: October 10, 2000

RICHARD H. KYLE
United States District Judge

# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

## CIVIL NOTICE

DATE MAILED TO COUNSEL/PRO SE PARTIES: OCT 1 0 2000

The purpose of this notice is to summarize the time limits for filing with the District Court Clerk's Office a Notice of Appeal to the Eighth Circuit Court of Appeals from a final decision of the District Court in a civil case.

***This is a summary only. For specific information on the time limits for filing a Notice of Appeal, review the applicable federal civil and appellate procedure rules and statutes.***

Rule 4(a) of the Federal Rules of Appellate Procedure (Fed. R. App. P.) requires that a Notice of Appeal be filed within:

1. Thirty days (60 days if the United States is a party) after the date of "entry of the judgment or order appealed from;" or

2. Thirty days (60 days if the United States is a party) after the date of entry of an order denying a timely motion for a new trial under Fed. R. Civ. P. 59; or

3. Thirty days (60 days if the United States is a party) after the date of entry of an order granting or denying a timely motion for judgment under Fed. R. Civ. P. 50(b), to amend or make Additional findings of fact under Fed. R. Civ. P. 52(b), and/or to alter or amend the judgment under Fed. R. Civ. P. 59; or

4. Fourteen days after the date on which a previously timely Notice of Appeal was filed.

If a Notice of Appeal is not timely filed, a party in a civil case can move the District Court pursuant to Fed. R. App. P. 4(a)(5) to extend the time for filing a Notice of Appeal. This motion must be filed no later than 30 days after the period for filing a Notice of Appeal expires. If the motion is filed after the period for filing a Notice of Appeal expires, the party bringing the motion must give the opposing parties notice of it. The District Court may grant the motion, but only if excusable neglect or good cause is shown for failing to file a timely Notice of Appeal.

C:\FORMS\APPEAL NO. CIV
Rev. August 11, 1995