# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

Gary Lefkowitz

Case No. Civil 00-1940RHK/JMM

v.

JUDGMENT IN A CIVIL CASE

Rob Mundt, Warden, FCI Waseca and
Bureau of Prisons

---

( ) Jury Verdict. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

(X) Decision by Court. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that the objection to the report and recommendation is overruled; the report and recommendation is adopted and the petition for writ of habeas corpus is denied.

DATE: October 10, 2000

FRANCIS E. DOSAL, CLERK

Denise La Fond, Deputy Clerk